# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0287
LT Case No. 05-2021-CF-52977-B

_____

CHRISTOPHER ANTHONY
PALMER, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Kathryn Michele Speicher, Judge.

Michael Ufferman, of Michael Ufferman Law Firm, P.A.,
Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tabitha
Mills and Zachary L. Wiseman, Assistant Attorneys General,
Daytona Beach, for Appellee.

August 13, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and EDWARDS and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____